UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 99-3378 (AK) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Defendant. | ) |

**FILED**

MAY 0 2 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

UPON CONSIDERATION of the defendant's unopposed motion for enlargement of time and for good cause shown, it is this 2nd day of May, 2001,

ORDERED, that the defendant's motion should be and is hereby granted, and that the defendant shall have to and including July 3, 2001, to submit a motion for summary judgment.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Stacy M. Ludwig
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, D.C.  20001

Elliot Milstein, Esq.
American University Washington College of Law
International Human Rights Clinic
4801 Massachusetts Ave, N.W.
Suite 417
Washington D.C.  20016